IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-ct-3099-M

| | | |
|---|---|---|
| ROBIN PHILLIPS, | ) | |
| as Administratrix of the | ) | |
| ESTATE OF TARMARQUIS | ) | JOINT STATUS UPDATE |
| ASHANTI PHILLIPS , | ) | AND |
| | ) | NOTICE OF SETTLEMENT |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| TERI PERKINSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties jointly inform the Court that this case settled on February 13, 2023. The settlement agreement and documents for transmission to the United States Treasury for payment are in process. The settlement agreement provides that Plaintiff will file a Joint Voluntary Dismissal within 10 days of receipt of the electronic funds transfer from the United States.

1

Respectfully submitted, this 17th day of February 2023.

**MICHAEL F. EASLEY, JR.**
United States Attorney

By: /s/ Catharine E. Edwards
Catharine E. Edwards
EDWARDS BEIGHTOL, LLC
P.O. Box 6759
Raleigh, NC 27628
Telephone: (919) 636-5100
cee@eblaw.com
N.C. State Bar No. 52705

By: /s/ Sharon C. Wilson
SHARON C. WILSON
Attorney for Defendants
Wells Fargo Building
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4026
Facsimile: (919) 856-4821
Sharon.Wilson2@usdoj.gov
N.C. State Bar No. 18435

/s/ Kristen L. Beightol
Kristen L. Beightol
EDWARDS BEIGHTOL, LLC
klb@eblaw.com
N.C. State Bar No. 27709
*Attorneys for Plaintiff Robin Phillips*

By: /s/ Ashley Brathwaite
ELLIS & WINTERS LLP
4131 Parklake Ave., Suite 400
PO Box 33550 (27636)
Raleigh, North Carolina 27612
Telephone: (919) 573-1297
Facsimile: (919) 865-7010
ashley.brathwaite@elliswinters.com
N.C. State Bar No. 33830

By: /s/ Suzanne R. Walker
Suzanne R. Walker
Yates, McLamb & Weyher, LLP
434 Fayetteville St., Suite 2200
Raleigh, NC 27601
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
e-mail: swalker@ymwlaw.com
N.C. State Bar No. 37774

By: /s/ Ginger Hunsucker
Ginger Hunsucker
ELLIS & WINTERS LLP
ginger.hunsucker@elliswinters.com
N.C. State Bar No. 31378

By: /s/ Barry S. Cobb
Barry S. Cobb
Yates, McLamb & Weyher, LLP
e-mail: bcobb@ymwlaw.com
N.C. State Bar No. 18970
*Attorneys for Defendant Yvonne Lane*

By: /s/ Madeleine Pfefferle
Madeleine Pfefferle
ELLIS & WINTERS LLP
Madeleine.pfefferle@elliswinters.com
N.C. State Bar No. 50932
*Attorneys for Defendant Teri Perkinson*

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 17th day of February, 2023, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail to the following:

Catharine E. Edwards
Kristen L. Beightol
Counsel for Plaintiff

Suzanne R. Walker
Barry S. Cobb
Counsel for Yvonne Lane, RN

Ashley Braithwaite
Ginger Hunsucker
Madeleine Pfefferle
Chelsea Pieroni
Counsel for Teri Perkinson, EMT

/s/ Sharon C. Wilson
SHARON C. WILSON
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4026
Email: sharon.wilson2@usdoj.gov
N.C. Bar # 18435

3