IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-03099-M

ROBIN PHILLIPS, as Administratrix of the Estate of Tamarquis Phillips,

Plaintiff,

v.

TERI PERKINSON, et al.,

Defendants.

**ORDER**

This cause is before the court on a motion to withdraw as attorney. See Mot. [D.E. 158] (stating: Barry S. Cobb is currently attorney of record for defendant Yvonne Lane along with Suzanne R. Walker; Attorney Walker now practices at the law firm of Gordon Rees Scully Mansukhani, LLP, and continues to represent defendant Lane; defendant Lane wishes for Attorney Walker to continue to represent her, and Attorney Walker has agreed to do so; and that Attorney Cobb seeks to withdraw as counsel for defendant Lane).

For good cause shown, and because defendant Lane continues to be represented by Attorneys Walker and Kendra Stark at Gordon Rees Scully Mansukhani, LLP, see [D.E. 156], the court GRANTS this motion [D.E. 158], and ALLOWS Attorney Cobb to withdraw as attorney.

Moreover, in light of the February 18, 2023 notice of settlement [D.E. 157], all pending motions in this case [D.E. 141, 144] are DENIED WITHOUT PREJUDICE. The parties shall file an appropriate document dismissing the claims in this case on or before May 1, 2023.

SO ORDERED this 29th day of March, 2023.

RICHARD E. MYERS II
Chief United States District Judge