UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-ct-3099-M

| | |
|---|---|
| ROBIN PHILLIPS, as Administratrix of the ESTATE OF TARMARQUIS ASHANTI PHILLIPS, <br><br> PLAINTIFF, <br><br> V. <br><br> TERI PERKINSON, *et al.*, <br><br> DEFENDANTS. | NOTICE OF VOLUNTARY DISMISSAL |

The parties, by and through their undersigned counsel, do hereby stipulate and agree pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure that all matters giving rise to this action have been settled and that this action as to the United States of America, Yvonne Lane, and Teri Perkinson be dismissed with prejudice.

Respectfully submitted, this 30th day of March 2023.

MICHAEL F. EASLEY, JR.
United States Attorney

By: /s/ Catharine E. Edwards
Catharine E. Edwards
EDWARDS BEIGHTOL, LLC
P.O. Box 6759
Raleigh, NC 27628
Telephone: (919) 636-5100
cee@eblaw.com
N.C. State Bar No. 52705

/s/ Kristen L. Beightol
Kristen L. Beightol
EDWARDS BEIGHTOL, LLC
klb@eblaw.com
N.C. State Bar No. 27709
*Attorneys for Plaintiff Robin Phillips*

By: /s/ Ashley Brathwaite
ELLIS & WINTERS LLP
4131 Parklake Ave., Suite 400
PO Box 33550 (27636)
Raleigh, North Carolina 27612
Telephone: (919) 573-1297
Facsimile: (919) 865-7010
ashley.brathwaite@elliswinters.com
N.C. State Bar No. 33830

By: /s/ Ginger Hunsucker
Ginger Hunsucker
ELLIS & WINTERS LLP
ginger.hunsucker@elliswinters.com
N.C. State Bar No. 31378

By: /s/ Madeleine Pfefferle
Madeleine Pfefferle
ELLIS & WINTERS LLP
Madeleine.pfefferle@elliswinters.com
N.C. State Bar No. 50932
*Attorneys for Defendant Teri Perkinson*

By: /s/ Sharon C. Wilson
SHARON C. WILSON
Attorney for Defendants
Wells Fargo Building
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4026
Facsimile: (919) 856-4821
Sharon.Wilson2@usdoj.gov
N.C. State Bar No. 18435

By: /s/ Suzanne R. Walker
Suzanne R. Walker
Gordon & Rees, Scully, Mansukhani
421 Fayetteville Street, Suite 330
Raleigh, NC 27601
e-mail: swalker@grsm.com
N.C. State Bar No. 37774

By: /s/ Kendra Stark
Kendra Stark
Gordon & Rees, Scully, Mansukhani
421 Fayetteville Street, Suite 330
Raleigh, NC 27601
e-mail: kstark@grsm.com
N.C. State Bar No. 52408
*Attorneys for Defendant Yvonne Lane*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 30th day of March, 2023, served a copy of the foregoing upon the below-listed parties via email as agreed by counsel for the parties to the following counsel:

Catharine E. Edwards
Kristen L. Beightol
Counsel for Plaintiff

Suzanne R. Walker
Kendra Stark
Counsel for Yvonne Lane, RN

Ashley Brathwaite
Ginger Hunsucker
Madeleine Pfefferle
Counsel for Teri Perkinson, EMT

/s/ Sharon C. Wilson
SHARON C. WILSON
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4026
Email: sharon.wilson2@usdoj.gov
N.C. Bar # 18435